HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
ANDREW WONG, CA Bar No. 308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KEVIN M. PAP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00015-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |
| vs. | |
| KEVIN M. PAP, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for Kevin M. Pap, that the Court continue the December 7, 2017 hearing to August 2, 2018.

On November 21, 2017, the parties received a status report from the probation office. This report stated that Mr. Pap is in compliance with his supervised release. The parties therefore request that the Court continue Mr. Pap's review hearing to August 2, 2018.

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: December 1, 2017 |   | */s/ Darin Rock*<br>DARIN ROCK<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 1, 2017 |   | */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Defender<br>Attorney for Defendant<br>KEVIN M. PAP |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the December 7, 2017 review hearing is continued to May 3, 2018, at 10:00 a.m. The defendant is ordered to appear and defendant shall file a status report 2 weeks prior to the hearing.

IT IS SO ORDERED.

Dated: **December 1, 2017**

UNITED STATES MAGISTRATE JUDGE