# IN THE UNITED STATES DISTRICT COURT
# For The
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>KEVIN M. PAP,<br><br>            Defendant. | Case No. 1:17-cr-00015-SAB<br>               1:16-po-00363-SAB<br><br>**DEFENDANT'S STATUS REPORT ON SUPERVISED RELEASE** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on supervised release:

    **Convicted of:**                  Assault against a person, in violation of 18 USC § 113(a)(4)

    **Sentence Date:**                January 19, 2017

    **Review Hearing Date:**       July 12, 2018

    **Supervised Release Expires On:** August 21, 2018

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:** $1,225 ($1,200 restitution; $25 special assessment)

☒    **Other Conditions:** Complete 52 week domestic violence Batter's Intervention Course

## *COMPLIANCE:*

☐    Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒    To date, Defendant has paid his fine in full.
       ☐ If not paid in full when was last time payment:    Date:
                                                                                Amount:

☒    Compliance with Other Conditions of Probation: Mr. Pap reports that he is in full compliance with his 52-week domestic violence course.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                                   *//s//Michael Tierney*
                                   Michael Tierney
                                   Special Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 7/12/2018 at 10:00 a.m.

    ☐ be continued to <u>08/02/2018</u> at 10:00 a.m.; or

    ☒ be vacated.

DATED: 7/5/2018                                         */s/ Hope Alley*
                                                           DEFENDANT'S COUNSEL

## **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED. The Court orders that the Review Hearing be vacated.

☐      DENIED.

IT IS SO ORDERED.

Dated: **July 10, 2018**

                                                      UNITED STATES MAGISTRATE JUDGE